UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:                                      )
                                            )
Angelica Shanell Dupree,                    )        Case No: 25-10877
                                            )
                        Debtor.             )

AFFIDAVIT REGARDING SERVICE OF PLAN

I, Samantha K. Brumbaugh, certify that service of the Plan [Doc. No.: 2] was served on December 17, 2025, by:

☑   Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Southern Lease Management Group, LLC
Attn: Officer or Managing Agent
PO Box 215
Halls, TN 38040

☐   Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

This is the 17th day of December, 2025.

*/s/ Samantha K. Brumbaugh*
Samantha K. Brumbaugh
Attorney for Debtor
NCSB# 32379
Ivey, McClellan, Siegmund, Brumbaugh &
McDonough LLP
Post Office Box 3324
Greensboro, NC 27402
Telephone:  (336) 274-4658
Fax: (336) 274-4540
Email: sbk@iveymcclellan.com
